# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 13, 2013**

Official Caption[1]

2013-1323, -1331

LIFESTYLE ENTERPRISE, INC.,

Plaintiff-Appellee,

and

TRADE MASTERS OF TEXAS, INC.,
EMERALD HOME FURNISHINGS, LLC, and
RON'S WAREHOUSE FURNITURE
(doing business as Vineyard Furniture International LLC),

Plaintiffs,

and

DREAM ROOMS FURNITURE (SHANGHAI) CO., LTD.,

Plaintiff,

and

ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.,

Plaintiff,

and

GUANGDONG YIHUA TIMBER INDUSTRY CO., LTD.,

Plaintiff-Appellant,

v.

UNITED STATES and DEPARTMENT OF COMMERCE,

Defendants-Appellees,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants-Cross Appellants.

Appeals from the United States Court of International Trade in consolidated case no. 09-CV-0378, Judge Jane A. Restani.

Authorized Abbreviated Caption[2]

LIFESTYLE ENTERPRISE, INC. V US, 2013-1323, -1331

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.